**Order filed February 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00016-CV

_____

### JOSE PATRICIO SANDOVAL, INDIVIDUALLY AND DBA SAMERON WRECKER SERVICE, Appellant

### V.

### WESTERN HERITAGE INSURANCE, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2017-24628**

## O R D E R

The notice of appeal in this case was filed January 4, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **February 28, 2018.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM